DADA, Respondent, v. CITY OF SYRACUSE, Appellant. (Supreme Court, Appellate Division, Fourth Department. June 12, 1897.) Action by Jennie M. Dada against the city of Syracuse. No opinion. Judgment and order affirmed, with costs.

In re DALY. (Supreme Court, Appellate Division, Second Department. June 22, 1897.) In the matter of the application of Raleigh A. Daly for admission to practice as an attorney at law of the state of New York. No opinion. Application granted, and applicant may take the oath at the opening of the court on any day.

In re DARRAGH. (Supreme Court, Appellate Division, First Department. June 25, 1897.) In the matter of Robert L. Darragh. No opinion. Motion granted, with $10 costs. See 44 N. Y. Supp. 1114.

DAY, Respondent, v. CITY OF DUNKIRK et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. June 12, 1897.) Action by Ralph B. Day against the city of Dunkirk and others. No opinion. Motion granted. Order settled and filed with the clerk.

DELANY, Respondent, v. UNION FERRY CO. OF NEW YORK AND BROOKLYN, Appellant. (Supreme Court, Appellate Division, Second Department. June 15, 1897.) Action by John Q. Delany against the Union Ferry Company of New York and Brooklyn. No opinion. Order affirmed, with $10 costs and disbursements.

DE NOYLLES, Appellant, v. METROPOLITAN ST. RY. CO., Respondent. (Supreme Court, Appellate Division, Second Department. June 29, 1897.) Action by Annie De Noylles against the Metropolitan Street-Railway Company. No opinion. Order affirmed, with $10 costs and disbursements to abide event.

In re DENTON'S WILL. (Supreme Court, Appellate Division, Fourth Department. June 12, 1897.) In the matter of proving the will of Nehemiah Denton, deceased. No opinion. Decree affirmed, with costs to appellants, respondents, and guardian, payable out of the estate.

DEPEW et al., Respondents, v. BEAKES, Sheriff, Appellant. (Supreme Court, Appellate Division, Second Department. June 29, 1897.) Action by Edward D. Depew and others against Adam W. Beakes, sheriff of Orange county. No opinion. Motion for reargument denied. See 44 N. Y. Supp. 774.

DESORIS POND CO., Respondent, v. SOUTHARD et al., Appellants. (Supreme Court, Appellate Division, Second Department. June 29, 1897.) Action by the Desoris Pond Company against Herbert Southard and others. No opinion. Order reversed, with $10 costs and disbursements, as to the appellant the town of Oyster Bay, and motion granted, with $10 costs, with leave to the plaintiff to discontinue as to said defendant, on payment of costs. On the appeal of the other appellants, order affirmed, with $10 costs and disbursements.

DILG, Appellant, v. KUPPER, Respondent. (City Court of New York, General Term. May 29, 1897.) Action by Christian Dilg against Fritz Kupper. H. A. Sperry, for appellant. A. P. Wagener, for respondent. No opinion. Judgment appealed from affirmed, with costs.

DILLON et al. v. BLEIER. (Supreme Court, Appellate Division, First Department. June 18, 1897.) Action by Philip Dillon and others against Benjamin Bleier. No opinion. Motion granted, with $10 costs.

DONNELLY, Respondent, v. VILLAGE OF SANDY HILL, Appellant. (Supreme Court, Appellate Division, Third Department. May 25, 1897.) Action by Rose C. Donnelly against the village of Sandy Hill. No opinion. Judgment and order affirmed, with costs.

In re DRIGGS. (Supreme Court, Appellate Division, Second Department. June 15, 1897.) In the matter of the application of Edmund F. Driggs for admission to practice. No opinion. Application granted, and applicant may take the oath at the opening of the court on any day.

DUNN et al., Respondents, v. TRAVIS et al., Appellants. (Supreme Court, Appellate Division, First Department. May 7, 1897.) Action by Samuel P. Dunn and others against James H. Travis, impleaded, etc. C. Berry, for appellants. S. M. Morehouse, for respondents. No opinion. Order modified so as to require the appellants to print the judgment roll proper,—that is to say, such documents as constitute the judgment roll, according to the provisions of the Code,—and, as modified, affirmed, without costs. See 41 N. Y. Supp. 1114.

DUNN et al. v. WEHLE. (City Court of New York, General Term. April 28, 1897.) Action by Patrick Dunn and another against Charles Wehle. Charles Wehle, for appellants. John Whalen, for respondent.

PER CURIAM. The verdict for the plaintiffs is fully justified by the proofs as shown by the records, and these proofs were made, and the cause tried, in strict obedience to a former decision in this court, by our appellate authority. Dunn v. Wehle (Com. Pl.) 35 N. Y. Supp. 1093. Judgment and order affirmed, with costs.

DURYEA, WATTS & CO., Limited, Plaintiff, v. RAYNOR, Defendant. (City Court of New York, General Term. April 28, 1897.) Action by Duryea, Watts & Co., Limited, against Henry Raynor. L. B. Bunnell, for plaintiff. R. J. Mahon, for defendant.

PER CURIAM. Judgment and order affirmed, with costs. See 32 N. Y. Supp. 247.

EDSON v. BARTOW et al. (Supreme Court, Appellate Division, First Department. May 7, 1897.) Action by Mary B. Edson, individually, etc., against John A. Bartow and others. No opinion. Motion denied, with $10 costs. See 37 N. Y. Supp. 99, and 41 N. Y. Supp. 723.

EDSON v. BARTOW et al. (Supreme Court, Appellate Division, First Department. June 11,